GREENSPOON MARDER, P.A.
Richard W. Epstein
(Admitted *Pro Hac Vice*)
Richard.Epstein@gmlaw.com
Jeffrey A. Backman
(Admitted *Pro Hac Vice*)
Jeffrey.Backman@gmlaw.com
Roy Taub
(Admitted *Pro Hac Vice*)
Roy.Taub@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 491-1120
Fax: (954) 213-0140

KERCSMAR & FELTUS PLLC
Todd Feltus (SBN #019076)
Julia A. Wagner (SBN #026554)
7150 E. Camelback Road, Suite 285
Scottsdale, Arizona 85251
Tel: (480) 421-1001
Fax: (480) 421-1002
tfeltus@kflawaz.com
jaw@kflawaz.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| CHARLES A. GULDEN, | CASE NO.: 16-cv-01113-PHX-MHB |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| CONSOLIDATED WORLD TRAVEL, INC., | |
| Defendant. | |

Plaintiff *pro se* CHARLES A. GULDEN and Defendant CONSOLIDATED WORLD TRAVEL, INC., by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate to the dismissal of this action with prejudice and with each party to bear its own attorneys' fees and costs.

Dated: *29 March*, 2017

Respectfully Submitted,

GREENSPOON MARDER, P.A.

*/s/ Jeffrey A. Backman*
RICHARD W. EPSTEIN, ESQ.
(Admitted *Pro Hac Vice*)
richard.epstein@gmlaw.com
JEFFREY A. BACKMAN, ESQ
(Admitted *Pro Hac Vice*)
jeffrey.backman@gmlaw.com
ROY TAUB, ESQ.
(Admitted *Pro Hac Vice*)
roy.taub@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
954-491-1120 (Telephone)
954-343-6958 (Facsimile)

KERCSMAR & FELTUS PLLC
Todd Feltus (SBN #019076)
Julia A. Wagner (SBN #026554)
7150 E. Camelback Road, Suite 285
Scottsdale, Arizona 85251
Tel: (480) 421-1001
Fax: (480) 421-1002
tfeltus@kflawaz.com
jaw@kflawaz.com

*Attorneys for Defendant*

[signature: Charles A. Gulden]
Charles A. Gulden
11802 East 28th Place
Yuma, Arizona 85367
Phone: (928) 782-5182
chasinyuma@hotmail.com

*Plaintiff (Pro Se)*