IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles A. Gulden,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Consolidated World Travel Incorporated,<br><br>　　　　　Defendant. | No. CV-16-01113-PHX-DJH<br><br>**ORDER** |

　　　The Court having received the parties' Stipulation of Dismissal with Prejudice (Doc. 26),

　　　**IT IS HEREBY ORDERED** granting the Stipulation (Doc. 26) and dismissing this action in its entirety, **with prejudice**, each party to bear its own attorneys' fees and costs.

　　　**IT IS FURTHER ORDERED** vacating the Rule 16 Scheduling Conference set for May 15, 2017.

　　　**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

　　　**Dated** this 5th day of April, 2017.

Honorable Diane J. Humetewa
United States District Judge